LAWRENCE W. FREIMAN (Bar No. 288917)
lawrence@freimanlegal.com
FREIMAN LEGAL
100 Wilshire Blvd., Ste. 700
Santa Monica, California 90401
Telephone: (310) 917-1004;
Facsimile: (310) 300-2603

Attorneys for Plaintiff MATTHEW KOENIG

JAMES M. PETERSON (Bar No. 137837)
peterson@higgslaw.com
DEREK W. PARADIS (Bar No. 269556)
paradisd@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Attorneys for Defendant O'REILLY AUTO ENTERPRISES, LLC

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW KOENIG,<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES LLC,<br><br>Defendant. | Case No.: 2:26-cv-01738-DJC-CKD<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**ORDER**

Plaintiff is granted leave to file the proposed First Amended Complaint attached as Exhibit "A." Plaintiff shall file the proposed amended complaint attached to the parties' Stipulation at ECF No. 11 within five (5) days. Defendant shall file its response within twenty-one (21) days thereafter.

IT IS SO ORDERED.

Dated: July 31, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE